

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00127-CV
No. 07-26-00298-CV

**ROGERSON AIRCRAFT CORPORATION AND ROGERSON KRATOS, APPELLANTS**

**V.**

**BELL HELICOPTER TEXTRON INC.,
AND BELL HELICOPTER TEXTRON CANADA LIMITED, APPELLEES**

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-296827-17, Honorable Megan Fahey, Presiding

June 5, 2026

## ORDER OF SEVERANCE AND DISMISSAL

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Rogerson Aircraft Corporation and Rogerson Kratos (collectively, "Rogerson"), appeal from the trial court's *Final Judgment.*[1]  Appellees, Bell Helicopter

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

Textron, Inc. and Bell Helicopter Textron Canada Limited (collectively, "Bell Helicopter"), have filed a cross-appeal.

The clerk's record was due April 28, 2026, but was not filed due to Rogerson's failure to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of April 28, 2026, we directed Rogerson to pay for the clerk's record by May 8, 2026, or the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Rogerson has neither made payment arrangements for the clerk's record, responded to this Court's notice, nor filed a notice electing to proceed by appendix in lieu of a clerk's record pursuant to Rule of Appellate Procedure 34.5a.[2]

Accordingly, Rogerson's appeal is severed into appellate cause number 07-26-00298-CV and dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Bell Helicopter's cross-appeal shall continue under appellate cause number 07-26-00127-CV.

Bell Helicopter is ordered to make payment arrangements for the clerk's record on or before June 22, 2026, and certify in writing to the Clerk of this Court that it has complied with this order. Failure to do so will result in the dismissal of appellate cause 07-26-00127-CV for want of prosecution without further notice.

It is so ordered.

Per Curiam

---

[2] Rogerson's counsel was permitted to withdraw on May 8, 2026. Before withdrawing, counsel filed a letter advising the Court that they had notified Rogerson of its obligation to pay for the clerk's record but had received no response from Rogerson.